UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

E.G., an individual citizen of
the State of Washington,

    Plaintiff,

                                    Civil No. 06-1875 HA

v.

                                    ORDER OF DISMISSAL

HUMBERTO MEDELEZ, JR., an
individual, MICHAEL RAMIREZ,
an individual, TJ. VALDEZ, an
individual, and John Does 1 & 2, all
citizens of the State of Oregon,

    Defendants.

    Order granting plaintiff's unopposed Motion To Dismiss Defendants Valdez and Medelez. It is Further Ordered that the case caption will read E.G. v Ramirez, et al for future proceedings.

    Dated this __30__ day of March, 2007.

                                                  ANCER L. HAGGERTY
                                                  UNITED STATES DISTRICT JUDGE